UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o H.K. GLOBAL
TRADING LTD.,

                    Plaintiff,

      - against -                    **FRCP RULE 7.1**
                                      **DISCLOSURE STATEMENT**

SUMMIT GLOBAL LOGISTICS AND
SEAMASTER LOGISTICS,

                    Defendants.
------------------------------------------------------------X

      NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o H.K. GLOBAL TRADING LTD., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ. P, Rule 7.1.

      ACE LTD. is the publicly traded parent company of Indemnity Insurance Company of North America. H.K. Global Trading Ltd. is not a publicly traded company.

Dated: New York, New York
       May 7, 2008
       115-914

                                          CASEY & BARNETT, LLC
                                          Attorneys for ACE

                        By: _____
                                          Martin F. Casey (MFC-1415)
                                          317 Madison Avenue, 21st Floor
                                          New York, NY 10017
                                          (212) 286-0225