UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o H.K. GLOBAL
TRADING LTD.,

                              2008 Civ. 4316 (GBD)

             Plaintiff,

    - against -                         **RETURN OF SERVICE**

SUMMIT GLOBAL LOGISTICS AND
SEAMASTER LOGISTICS,

            Defendants.
-----------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. Rule 4, the Plaintiff hereby makes proof of service to the Court. The Plaintiff attaches hereto Exhibit 1, the Affidavit of Service executed by Christopher Obie declaring under penalty of perjury under the laws of the United States that he served a true copy of the Summons and Complaint for the above referenced civil action upon Defendant, Summit Global Logistics, on June 19, 2008.

Dated: New York, New York
       June 23, 2008
       115-914

                                              CASEY & BARNETT, LLC
                                              Attorneys for Plaintiff

                              By: _____
                                       Martin F. Casey (MFC-1415)
                                       317 Madison Avenue, 21st Floor
                                       New York, New York 10017
                                       (212) 286-0225

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT** |
| EFFECTED (1) BY ME: | **CHRISTOPHER OBIE** |
| TITLE: | **PROCESS SERVER**   DATE: **06/19/2008  01:40PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

SUMMIT GLOBAL LOGISTICS

Place where served:

1 MEADOWLANDS PLAZA  11TH FLOOR EAST RUTHERFORD NJ 07073

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JENNIFER HOGAN

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'6"-5'9"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____     SERVICES $ ____.____     TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/19/2008                L.S.
SIGNATURE OF CHRISTOPHER OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

06/19/08

JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

| | |
|---|---|
| ATTORNEY: | CHRISTOPHER R. MARTIN |
| PLAINTIFF: | INDEMNITY INSURANCE CO. OF NORTH AMERICA A/S/O H.K. GLOBAL TRADING, LTD. |
| DEFENDANT: | SUMMIT GLOBAL LOGISTICS, ET ALS |
| VENUE: | DISTRICT |
| DOCKET: | 08 CV 4316 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR