
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA et al.                                  08 Civ. 4316 (GBD)

        Plaintiff,

   - against -                                           **NOTICE AND ORDER OF**
                                                                                                 **VOLUNTARY**
SUMMIT GLOBAL LOGISTICS, et al.                  **DISCONTINUANCE**

        Defendants
------------------------------------------------------------X

      **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       August 20, 2008
       115-914

                                             **CASEY & BARNETT, LLC**
                                             Attorneys for Plaintiff

                              By: *Martin F Casey*
                                     Martin F. Casey (MFC-1415)
                                     317 Madison Avenue, 21st Floor
                                     New York, New York 10017
                                     (212) 286-0225

SO ORDERED:    AUG 22 2008

*George B. Daniels*
**U.S.D.J. HON. GEORGE B. DANIELS**